UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Hofit Jenkins | : | CASE NO. . 03-08-CV-037 |
| | : | |
| Petitioner, | : | (Judge Thomas M. Rose) |
| | : | |
| v. | : | |
| Avraham Jenkins, et al., | : | **AGREED PRELIMINARY INJUNCTION** |
| | : | |
| Respondents | : | |
| | : | |

Upon agreement of Petitioner Hofit Jenkins ("Petitioner") and Respondents Avraham Jenkins and Claris Jenkins (together "Respondents"), it is

Ordered that Respondents be prohibited from removing Orin Jenkins ("the Child") from the jurisdiction of this Court; and it is further

Ordered that Respondents surrender the Child's passport and other travel documents to the Clerk of the United States District Court for the Southern District of Ohio at Dayton; and it is further

Ordered that Respondents permit Petitioner to speak with the child by phone for at least half an hour on Mondays, Thursdays and Sundays between the hours of 7 AM and 8 AM Eastern Standard Time (2 PM to 3 PM Israel time) and 5 PM and 7 PM Eastern Standard Time (12 AM and 2 AM Israel time); and it is further

Ordered that this matter be brought before the Court for trial on the following schedule[1]:

---

[1] The Court notes that Article 11 of the Hague Convention "lays down at non-obligatory time-limit of six weeks, after which the applicant or the Central Authority of the requested State may request a statement of reasons for the delay." Explanatory Report by E. Perez-Vera, Hague Conference on Private International Law, Actes et documents de la Quatorzieme session, vol III, 1980, p. 426, at para 105.  Because Petitioner agrees to this schedule, the Court finds that it is in compliance with Article 11.

- Witness disclosure March 10, 2008;
- Discovery cut off April 4, 2008
- Final Pre Trial Order April 9, 2008
- Trial to the Court April 16-18, 2008
- Post Trial Briefs April 21, 2008
- Simultaneous Reply Briefs April 23, 2008
- Decision April 30, 2008

Ordered that no bond be set on this Preliminary Injunction; and it is further

**DONE** and **ORDERED** in Dayton, Ohio this Twelfth day of March 2008.

                                              **s/Thomas M. Rose**
                                            _____
                                            THOMAS M. ROSE
                                            UNITED STATES DISTRICT JUDGE

s/Frederick J. McGavran
Frederick J. McGavran (0011284)
Trial Attorney for Petitioner Hofit Jenkins

s/Shawn P. Hooks
Shawn P. Hooks
Trial Attorney for Respondents
Avraham Jenkins and Claris Jenkins

CINLibrary BT99999.0556421 1821315v1